474 F.2d 1399
 Janell GUERRA et al., Plaintiffs-Appellants,
v.
Preston H. SMITH et al, Defendants-Appellees.
 No. 71-2857
 United States Court of Appeals,
Fifth Circuit.
 April 10, 1973.
 
 Mario Obledo, Mexican American Legal Defense & Educational Fund, San Francisco, Cal., Pete Tijerina, San Antonio, Tex., Alan Exelrod, Michael Mendelson, San Francisco, Cal., for plaintiffs-appellants.
 Stephen D. Sugarman, Los Angeles, Cal., Arthur Gochman, San Antonio, Tex., for amicus curiae.
 Crawford C. Martin, Atty. Gen. of Tex.; Pat Bailey, Asst. Atty. Gen., Austin, Tex., for defendants-appellees.
 Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See San Antonio Independent School District v. Rodriguez, - U.S. -, 93 S.Ct. 1278, 36 L.Ed.2d 16, decided March 21, 1973.